UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

*********************************

United States of America,
ex rel. Dr. John Stock
and Lori Berg,

Plaintiffs,

vs.

Stevens Community Medical Center, Inc.
and Allina Health System Corp.,

Defendants.

Civil No.: 02-477 PAM/RLE

**ORDER**
**FOR DISMISSAL**

*********************************

Based upon the federal government's decision not to intervene, and the plaintiffs' decision and request of this court to dismiss the case, IT IS HEREBY ordered that this case is dismissed.

Dated: January 6, 2003

Honorable Paul A. Magnuson
United States District Court Judge

FILED JAN 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK