UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

******************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DR. JOHN STOCK AND, LORI BERG, | ) | Civil No. 02-477 PAM/RLE |
| Plaintiffs, | ) | |
| v. | ) | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| STEVENS COMMUNITY MEDICAL CENTER, INC. AND ALLINA HEALTH SYSTEM CORP., | ) | |
| Defendants. | ) | |

******************************

Based upon the federal government's decision not to intervene, and the plaintiffs' decision and request of this court to dismiss the case, IT IS HEREBY ordered that this case is dismissed without prejudice.

Dated: Feb 7, 2003

The Honorable Paul A. Magnuson
United States District Court Judge

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______